COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
MELISSA DAGUE, SBN 229310
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
WILLIAM STRONG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> WILLIAM STRONG, et al ) <br> ) <br> Defendants. ) <br> _____) | NO. 2:09-CR-00078 JAM <br><br> STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |

Defendant WILLIAM STRONG, by and through his attorney Colin L. Cooper, defendant Lavelle Phillips, by and through his attorney Danny D. Brace, and the United States, by and through Assistant United States Attorney Jason Hitt, hereby stipulate and agree to continue the status conference in the above-captioned case from Tuesday, March 24, 2009, at 9:30 a.m. to Tuesday, May 5, 2009, at 9:30 a.m. The continuance is requested to allow defendants' counsel additional time for review of discovery and further investigation.

The parties further stipulate and agree that the period from March 24, 2009 to May 5, 2009, is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C.§3161(h)(8)(A) for the effective preparation of counsel.

-1-

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| DATED: March 19, 2009 | | /s/ COLIN L. COOPER<br>Attorney for Defendant WILLIAM STRONG |
| DATED: March 19, 2009 | | /s/ DANNY BRACE<br>Attorney for Defendant LAVELLE PHILLIPS |
| DATED: March 19, 2009 | | /s/ JASON HITT<br>Assistant United States Attorney |

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for March 24, 2009, is continued to May 5, 2009, at 9:30 a.m. and that the period from March 24, 2009 to May 5, 2009 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8) (A).

DATED: March 20, 2009  /s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

-2-

PDF created with pdfFactory trial version www.pdffactory.com