```
COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401
```

Attorneys for Defendant
WILLIAM STRONG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>            )<br>     Plaintiff,        )<br>            )<br>vs.           )<br>            )<br>            )<br>WILLIAM STRONG and LAVALLE PHILLIPS   )<br>            )<br>     Defendant.        )<br>_____) | NO. 2:09-CR-00078 JAM<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |

Defendant WILLIAM STRONG, by and through his attorney Colin L. Cooper, defendant Lavelle Phillips, by and through his attorney Danny D. Brace, and the United States, by and through Assistant United States Attorney Jason Hitt, hereby stipulate and agree to continue the status conference in the above-captioned case from Tuesday, June 2, 2009, at 9:30 a.m. to Tuesday, June 30, 2009, at 9:30 a.m. The continuance is requested to allow defendants' counsel additional time for review of discovery and further investigation.

The parties further stipulate and agree that the period from June 2, 2009 to June 30, 2009, is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C.§3161(h)(8)(A) for the effective preparation of counsel.

DATED:  June 1, 2009              /s/ COLIN L. COOPER
                                  Attorney for Defendant WILLIAM STRONG

-1-

PDF created with pdfFactory trial version www.pdffactory.com

DATED: June 1, 2009          /s/ DANNY BRACE
                             Attorney for Defendant LAVELLE PHILLIPS

DATED: June 1, 2009          /s/ JASON HITT
                             Assistant United States Attorney

   GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

   IT IS HEREBY ORDERED that the status conference scheduled for June 2, 2009, is continued to June 30, 2009, at 9:30 a.m. and that the period from June 2, 2009 to June 30, 2009 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8) (A).

DATED: June 1, 2009          /s/ John A. Mendez_____
                             JOHN A. MENDEZ
                             United States District Court

PDF created with pdfFactory trial version www.pdffactory.com