COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
WILLIAM STRONG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                             )<br>        Plaintiff,                              )<br>                                                             )<br> vs.                                                    )<br>                                                             )<br>                                                             )<br> WILLIAM STRONG and LAVALLE PHILLIPS  )<br>                                                             )<br>        Defendant.                           )<br> _____) | NO. 2:09-CR-00078 JAM<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS<br>CONFERENCE |

Defendant WILLIAM STRONG, by and through his attorney Colin L. Cooper, defendant Lavelle Phillips, by and through his attorney Danny D. Brace, and the United States, by and through Assistant United States Attorney Jason Hitt, hereby stipulate and agree to continue the status conference in the above-captioned case from Tuesday, June 30, 2009, at 9:30 a.m. to Tuesday, August 4, 2009, at 9:30 a.m. The continuance is requested to allow defendants' counsel additional time for review of discovery and further investigation.

The parties further stipulate and agree that the period from June 30, 2009 to August 4, 2009, is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C.§3161(h)(8)(A) for the effective preparation of counsel.

DATED:  June 29, 2009                        /s/ COLIN L. COOPER
                                                               Attorney for Defendant WILLIAM STRONG

-1-

PDF created with pdfFactory trial version www.pdffactory.com

DATED: June 29, 2009 /s/ DANNY BRACE
Attorney for Defendant LAVELLE PHILLIPS

DATED: June 29, 2009 /s/ JASON HITT
Assistant United States Attorney

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for June 30, 2009, is continued to August 4, 2009, at 9:30 a.m. and that the period from June 30, 2009 to August 4, 2009 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8) (A).

DATED: June 29, 2009 /s/ John A. Mendez_____
JOHN A. MENDEZ
United States District Court

-2-

PDF created with pdfFactory trial version www.pdffactory.com