HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:09-cr-078 JAM |
| | ) | |
| Plaintiff, | ) | **NOTICE OF NON-SUPPLEMENTATION** |
| | ) | **OF DEFENDANT'S PRO SE MOTION;** |
| v. | ) | **ORDER** |
| | ) | |
| WILLIAM STRONG, | ) | RETROACTIVE DRUGS-MINUS-TWO |
| | ) | REDUCTION CASE |
| Defendant. | ) | |
| | ) | Judge:  Hon.  JOHN A. MENDEZ |

Pursuant to General Order 546, the Federal Defender's Office is appointed to represent Mr. William Strong on a motion for sentence reduction under 18 U.S.C. § 3582(c)(2) and Amendment 782.  Please take notice that the Office of the Federal Defender will not file a supplement to the defendant's pro se motion, filed on August 8, 2016 (CR #52), and the Federal Defender's Office hereby requests withdrawal as counsel in this matter.

If the Court wishes to appoint CJA Panel Counsel to represent the defendant, attorney, John Balazs, is available for appointment and a proposed order is attached for the Court.

Dated:  August 24, 2016

                Respectfully submitted,

                HEATHER E. WILLIAMS
                Federal Defender

                *s/ Hannah R. Labaree*
                HANNAH R. LABAREE
                Assistant Federal Defender

**ORDER**

Pursuant to General Order No. 546 and the provisions of the Criminal Justice Act, 18 U.S.C. §§3006A(a)(1) and (c), and in accordance with the retroactive application of the United States Sentencing Commission's Amendment 782, CJA Panel Attorney, John Balazs, is hereby appointed effective, August 24, 2016 the date the Office of the Federal Defender first contacted him.

Dated: August 25, 2016

/s/ John A. Mendez          
United States District Court Judge

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the Federal Defender for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers.

On August 24, 2016, she caused to be served a copy of the attached NOTICE OF NON-SUPPLEMENTATION OF DEFENDANT'S PRO SE MOTION by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States mail at Sacramento, California as follows:

William Henry Strong
Register No. 18388-097
Mendota FCI
Post Office Box 9
Mendota, CA  93640

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of August, 2016.

/s/ Lisa M. Kennison
Lisa M. Kennison