AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to Section 404 of the First Step
Act of 2018, P.L. 115-391

Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

United States of America
v.
WILLIAM HENRY STRONG

Case No: 2:09CR00078-01

USM No: 18388-097

Date of Original Judgment: 4/20/2010
Date of Previous Amended Judgment: 
*(Use Date of Last Amended Judgment if Any)*

David M. Porter, AFD
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO SECTION 404 OF THE FIRST STEP ACT OF 2018

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under Section 404 of the First Step Act of 2018, P.L. 115-391, and the Fair Sentencing Act of 2010, imposing a reduced sentence on the defendant as if the Fair Sentencing Act had been in effect at the time the defendant's offense(s) was/were committed,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 180 months **is reduced to** 156 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

**The term of supervised release is reduced from 60 months to 48 months.**

Except as otherwise provided, all provisions of the judgment dated 4/26/2010 shall remain in effect.

**IT IS SO ORDERED**.

Order Date: 5/8/2019

/s/ John A. Mendez
*Judge's signature*

Effective Date: 
*(if different from order date)*

United States District Court Judge
*Printed name and title*